# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHRIS D. DAVIS,<br><br>    Plaintiff,<br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No.  4:17-cv-03292<br><br>Honorable Judge Alfred H. Bennett |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRIS D. DAVIS, and the Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, through their respective counsel that the above-captioned action is dismissed, with  prejudice, against DYNAMIC RECOVERY SOLUTIONS, LLC, pursuant to settlement and  Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 5, 2018                                                    Respectfully Submitted,

| **CHRIS D. DAVIS** | **DYNAMIC RECOVERY SOLUTIONS, LLC,** |
|---|---|
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :( 630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Eugene Xerxes Martin, IV<br>Eugene Xerxes Martin<br>*Counsel for Defendant*<br>Malone Akerly Martin PLLC<br>8750 North Central Expressway, Suite 1850<br>Dallas, TX 75231<br>Phone: (214) 346-2628<br>xmartin@mamlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____

Nathan C. Volheim