United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Chris D. Davis | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3292 |
| | § § | |
| Dynamic Recovery Solutions, LLC | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation filed April 5, 2018, (Doc # 15), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 04/06/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge